FOR PUBLICATION

---

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**
**APPELLATE DIVISION**

---

| | |
|---|---|
| KENRICK MAYNARD ) | |
| ) | D.C. Crim. App. No. 2001-325 |
| Appellant, ) | |
| ) | Super. Ct. Crim. No. 074/00 |
| v. ) | |
| ) | |
| GOVERNMENT OF THE VIRGIN ISLANDS ) | |
| ) | |
| Appellee. ) | |

On Appeal from the Superior Court of the Virgin Islands
Superior Court Judge: The Honorable Rhys S. Hodge

Considered: October 30, 2008
Filed: April 17, 2009

**BEFORE:** **CURTIS V. GÓMEZ**, Chief Judge of the District Court of the Virgin Islands; **RAYMOND FINCH**, Judge of the District Court of the Virgin Islands; and **PATRICIA D. STEELE**, Judge of the Superior Court, Division of St. Croix, sitting by designation.

ATTORNEYS:

**Ruth Miller, Esq.**
St. Thomas, U.S.V.I.
  *For the Appellant.*

**Dolace McLean, Esq.**
St. Thomas, U.S.V.I.
  *For the Appellee.*

---

**JUDGMENT**

**PER CURIAM,**

For the reasons given in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the conviction of the appellant, Kenrick Maynard, is **AFFIRMED**.

**copies to:**   Honorable Curtis V. Gómez
Honorable Raymond Finch
Honorable Patricia D. Steele

Honorable Geoffrey W. Barnard
Honorable George W. Cannon

Ruth Miller, Esq.
Dolace McLean, Esq.

St. Thomas Law Clerks
St. Croix Law Clerks
Cicely Francis
Nydia Hess
Kim Bonelli
Olga Schneider
Gregory F. Laufer