UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 09-2273

———————

KENRICK MAYNARD,

Appellant,

v.

GOVERNMENT OF THE VIRGIN ISLANDS

———————

On Appeal from the District Court of the
Virgin Islands - Appellant Division
(D.C. No. 01-cr-325)
Chief Judge: Hon. Raymond L. Finch
District Judge: Hon. Curtis V. Gomez
Superior Court Judge: Hon. Patricia D. Steele

———————

Argued May 5, 2010

Before:   SMITH, CHAGARES and JORDAN, *Circuit Judges.*

———————

JUDGMENT

———————

This cause came on to be considered on the record from the District Court of the
Virgin Islands of the United States and was argued on May 5, 2010.  On consideration
whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment entered by the District Court on April 20, 2009, be and the same is hereby AFFIRMED, all of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
Clerk

Date: August 25, 2010

Certified as a true copy and issued in lieu
of a formal mandate on September 16, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**